IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE RILEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-cv-7205 |
| | : | |
| ST MARY MEDICAL CENTER and | : | |
| SUSAN SNYDER, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27th day of May, 2014, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 17) and Defendants' Response in opposition thereto (Doc. No. 19), it is hereby ORDERED that Plaintiffs' Motion is GRANTED in part.

It is hereby ORDERED that the Court's Order of April 24, 2014 (Doc. No. 15) is modified as follows:

Defendants' Motion to Dismiss is DENIED with respect to Plaintiff's disability discrimination claims under the ADA Amendments Act of 2008, and Plaintiff is permitted to proceed under Count II of her First Amended Complaint (Doc. No. 8) with disability discrimination claims.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.