IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE RILEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 13-7205** |
| v. | : | |
| | : | |
| **ST. MARY MEDICAL CENTER,** | : | |
| **Defendant.** | : | |

## ORDER

This 6th day of October, 2015, for the reasons stated in the foregoing Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED.**

Upon consideration of Defendant's Motion to Strike and for Sanctions, the Motion to Strike is **DENIED AS MOOT**, and the Motion for Sanctions is **DENIED.**[1]

             /s/ Gerald Austin McHugh
             United States District Court Judge

---

[1] Although I have not issued sanctions, the conduct of Plaintiff's counsel certainly reaches the outer boundary of permissible advocacy, and the Court takes a particularly dim view of the contradictory post-deposition Certifications filed. Counsel and his firm would be well advised to avoid such behavior in the future.